[No. 11043–1–II.  Division Two.  July 8, 1988.]

*In the Matter of the Welfare of*
J.W.H., ET AL.

Appeal from judgments of the Superior Court for Cowlitz County, Nos. 86–7–20, 86–7–21, Alan R. Hallowell, J., entered April 21, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10965–4–II.  Division Two.  July 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY EVERETT SNEED, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00053–2, James D. Ladley, J., entered April 24, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10220–0–II.  Division Two.  July 8, 1988.]

RAY RATERMAN, ET AL, *Appellants,* v. HOWARD E. MITCHELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–2–00806–9, Robert L. Harris, J., entered July 18, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9719–2–II.  Division Two.  July 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBBIE L. RUNYAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00463–7, James D. Roper, J., entered March 12, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Petrie, J. Pro Tem.